People v Pittman (2023 NY Slip Op 06708)

People v Pittman

2023 NY Slip Op 06708

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, OGDEN, AND GREENWOOD, JJ. (Filed Dec. 22, 2023.) 

MOTION NO. (511/89) KA 09-01741.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
NATHANIEL PITTMAN, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for a writ of error coram nobis denied.